Kenneth LEE, Appellant

v.

COMMONWEALTH of Pennsylvania BOARD OF PROBATION AND PAROLE and Michael Potteiger, Chairman, Commonwealth of Pennsylvania Board of Probation and Parole, Appellees.

Supreme Court of Pennsylvania.

Oct. 30, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 30th day of October, 2014, the order of the Commonwealth Court is hereby **AFFIRMED.**